■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT PETERKIN, Appellant, v WARDEN OF THE HOUSE OF DETENTION FOR MEN et al., Respondents. [608 NYS2d 110] —In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Kings County (Moskowitz, J.), dated January 15, 1993, which denied the writ.

Ordered that the judgment is affirmed, without costs or disbursements, and the stay contained in the judgment is vacated forthwith.

The court properly determined that the petitioner is a fugitive, subject to mandatory extradition by the Governor pursuant to CPL 570.06 *(see, People ex rel. Strachan v Colon,* 77 NY2d 499; *People ex rel. Quarterman v Commissioner of N. Y. City Dept. of Correction,* 183 AD2d 736). The petitioner's contention that he is entitled to a hearing in New York on his prospective constitutional claims is without merit *(see, People ex rel. Strachan v Colon, supra).* Bracken, J. P., Balletta, O'Brien and Pizzuto, JJ., concur.